IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02482-WYD-KLM

LILIA E. GARCIA,

    Plaintiff,

v.

IRS, INTERNAL REVENUE SERVICE,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **"Motion to Continue Case"** [Docket No. 9; Filed October 4, 2012], **"Motion to Not Remove Case"** [#14; Filed October 5, 2012], **"Motion Case Open"** [#18; Filed October 9, 2012], **"Motion to Deny"** [#19; Filed October 9, 2012] and **"Motion to Answer"** [#24; Filed October 11, 2012] (collectively, the "Motions"). Defendants have not filed a response to any of the Motions.

    In an Order issued on in October 11, 2012, this case was consolidated with Case No. 12-cv–01824-WYD-KLM. [#23 of 12-cv-02482-WYD-KLM and #32 of 12-cv-01824-WYD-KLM]. The Order directed that all pleadings and other filings be filed in Case No. 12-cv–01824-WYD-KLM. *Id.* In addition, after granting Defendant's Motion to Strike the Amended Complaint in 12-cv-01824-WYD-KLM [#14] and Defendant's Motion for a More Definite Statement in 12-cv-02482-WYD-KLM [#10], the Court directed Plaintiff to submit a Second Amended Complaint, to be filed in 12-cv-01824-WYD-KLM only. [#63 of 12-cv-01824-WYD-KLM]. Thus, the Second Amended Complaint, had Plaintiff ever filed it, was to be the operative complaint for the consolidated action.

    The Court recently issued a Recommendation that this consolidated action be dismissed. *See* [#124] of 12-cv-01824-WYD-KLM. Accordingly,

    IT IS HEREBY **ORDERED** that in light of the Court's Recommendation [#124] that this consolidated action be dismissed, Plaintiff's Motions [## 9, 14, 18, 19 and 24] are **DENIED AS MOOT**.

    Dated: March 24, 2013