IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-02482-WYD-KMT

LILIA E. GARCIA,

      Plaintiff,

v.

INTERNAL REVENUE SERVICE,

      Defendant.

---

**ORDER**

---

This matter is before the Court on a review of the file.  By Order of October 11, 2012, this case was consolidated with an earlier case filed by Plaintiff, Civil Action No. 12-cv-01824.  By Order of July 15, 2013, both this case and Civil Action No. 12-cv-01824 were dismissed with prejudice.  The termination of this case is noted in the electronic docket (CM/ECF) on July 16, 2013.

Despite the fact that this case is terminated, Plaintiff continues to make filings. These filings, characterized as a letter and "exhibits", are unrelated to the dismissal of the case, are improper, and will not be considered.  Plaintiff is advised that any further filings of this nature will be stricken.

In conclusion, it is

ORDERED that Plaintiff's filings since the dismissal of this case (ECF Nos. 30-38) are improper and will not be considered by the Court.  It is

FURTHER ORDERED that any further filings of this nature will be stricken.

Dated:  January 9, 2014

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge